IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER OLEJNIK, KATHERINE OLEJNIK,
KENNETH OLEJNIK, and JOANN OLEJNIK,

                Plaintiffs,

v.

TRACI J. ENGLAND and ONEIDA COUNTY,

                Defendants,

    and

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

                Intervenor Defendant.

JUDGMENT

14-cv-88-jdp

---

      This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants Traci J. England and Oneida County's motions for summary judgment and dismissing plaintiffs' federal claims under 42 U.S.C. § 1983.

    /s/                                          11/25/2015

Peter Oppeneer, Clerk of Court            Date